# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID W. FULFORD,**

                **Plaintiff,**

-vs-                                                 **Case No. 6:07-cv-1196-Orl-22KRS**

**NCO FINANCIAL SYSTEMS, INC., d/b/a**
**NCO-Medclear,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration after the referral to me of the question of the attorneys' fees and costs to be included in the judgment.

Pursuant to the Offer of Judgment, doc. no. 11, it is **ORDERED** that, on or before November 30, 2007, Plaintiff David W. Fulford shall file a motion for determination of reasonable costs and attorney's fees through the date of the offer of judgment. The motion shall be supported by evidence in the form required by *Norman v. Housing Authority*, 836 F.2d 1292 (11th Cir. 1988), of the reasonable hourly rate and reasonable number of hours worked by each individual for whom fees are sought. It shall also be supported by evidence of the actual costs incurred.

Defendant NCO Financial Systems, Inc. may file a response to the motion within the time permitted by the Local Rules. Objections to hourly rates, hours worked and costs incurred shall be stated with specificity. *See ACLU v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999). The request for discovery may be renewed, if necessary, supported by a showing of good cause after the motion is filed.

Counsel are cautioned that litigation to determine the amount of fees and costs to be awarded is not compensable under the circumstances of this case. Accordingly, I urge them again to confer in a good faith basis to determine the amount of fees and costs to be included within the judgment.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties